Peggy WILLETT *v.* STATE of Arkansas

700 S.W.2d 373

Supreme Court of Arkansas
Opinion delivered December 23, 1985

*Pruitt & Hodnett,* by: *Jerry D. Pruitt,* for appellant.

No response.

PER CURIAM. Appellant, Peggy Willett, by her attorney, has filed for a rule on the clerk.

Her attorney, Jerry D. Pruitt, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.